**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAIMEON MOSLEY** | **CIVIL ACTION NO. 19-00075** |
| | **JUDGE DEGRAVELLES** |
| **Versus** | |
| **MIDAS WORTHINGTON, LLC** | **MAG. WILDER-DOOMES** |

**ORDER**

CONSIDERING THE FOREGOING Joint Motion to Dismiss with Prejudice;

IT IS HEREBY ORDERED that the Joint Motion to Dismiss with Prejudice filed by Plaintiff, Daimeon Mosley, and Defendant, Midas Worthington, LLC, is GRANTED and that this matter is hereby dismissed with prejudice, with each party to pay its own costs.

Signed in Baton Rouge, Louisiana, on <u>April 27, 2020</u>.

　

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

1